GARFIELD TRUST COMPANY v.
SHEPHERD LAKE PROPERTIES.

June 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS J. BUSHMAN.

June 26, 1973. Petition for certification denied.